UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RASHAD BECKHAM,<br><br>                Plaintiff,<br><br>   v.<br><br>CITY OF SPOKANE,<br><br>               Defendant. | NO: 2:22-CV-0309-TOR<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

On December 5, 2022, Plaintiff filed a Complaint without paying the $402.00 filing fee or seeking leave to proceed *in forma pauperis*. ECF No. 1.

On January 24, 2023, this Court ordered Petitioner to submit a completed *in forma pauperis* application within thirty (30) days of the date of that Order. ECF No. 4 at 2. In the alternative, Petitioner was advised that he could pay the full $402.00 filing fee. *Id.* Petitioner was advised that his failure to do so within 30

ORDER OF DISMISSAL WITHOUT PREJUDICE -- 1

days would result in the dismissal of this case.  *Id.*  Petitioner has neither paid the filing fee nor sought *in forma pauperis* status.

Accordingly, **IT IS HEREBY ORDERED:**

1. This action is **DISMISSED without prejudice** for failure to comply with the filing fee or *in forma pauperis* requirements of 28 U.S.C. §§ 1914 and 1915.

2. The Court certifies that any appeal of this dismissal would not be taken in good faith.

The Clerk of Court is directed to enter this Order, enter judgment, forward a copy to Petitioner, and **close** the file.

DATED March 2, 2023.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE -- 2