AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 02, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| RASHAD BECKHAM,<br>*Plaintiff*<br>v.<br>CITY OF SPOKANE,<br>*Defendant* | )<br>)<br>)  Civil Action No.  2:22-CV-0309-TOR<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  This action is DISMISSED without prejudice for failure to comply with the filing fee or in forma pauperis requirements of 28 U.S.C. §§ 1914 and 1915.  The Court certifies that any appeal of this dismissal would not be taken in good faith.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE

on Petitioner's failure to comply with the filing fee or in forma pauperis requirements of 28 U.S.C. §§ 1914 and 1915.

Date:  March 2, 2023

CLERK OF COURT

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*

B. Fortenberry